**WAYNE GREENWALD, P.C.**
*Attorneys for Aryeh Gutman*
*and Nachman Gutman*
**99 Park Avenue - Suite 800**
**New York, NY 10016**
**212-983-1922**
**Wayne M. Greenwald (WMG 6758)**
**Alan B. Blattberg (AB 1202)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re | In Proceedings for Reorganization |
| **18TH AVENUE REALTY, INC.,** | Chapter 11 |
| Debtor. | Case No. 03-14480 (RDD) |

-------------------------------------------------------------x

## NOTICE OF APPEAL

The Appellants, Aryeh Gutman and Nachman Gutman, Equity Security Holders kf the referenced Debtor, appeal under, 28 U.S.C. § 158(a), from the order of the Bankruptcy Court, a conformed copy of which is annexed hereto, which, among other things, granted the motion of Kenneth Silverman as Trustee of the Debtror sought to modify the confirmed plan of reorganization in this case

The parties to the order appealed from and the names of their respective attorneys are as follows:

**Equity Security Holders** : Aryeh Gutman and Nachman Gutman,

Attorneys:   **WAYNE GREENWALD, PC**
99 Park Avenue
New York, NY 10016
212-983-1922

Attn.: Wayne M. Greenwald, Esq

**Trustee:** **Kenneth P. Silveman as Trustee**

Attorneys**:** Silverman Perlstein & Acampora
100 Jericho Quadrangle
Jericho , NY 10007

516-419- 6300

Dated: New York, New York
September 24, 2007

                              **WAYNE GREENWALD, P.C.**
                              Attorneys for Appellants
                              99 Park Avenue
                              New York, NY 10016
                              212-983-1922

                              By: _/s/ Wayne  M. Greenwald
                                 Wayne M. Greenwald (WMG6758)