UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: 18th Avenue Realty, Inc.                :
------------------------------------------------------
Debtor: 18th Avenue                            :
------------------------------------------------------
    Aryeh Gutman                           :
                                           :
    Nachman Gutman                         :
                                           :   08 Civ. 3897 (AKH)
        Appellant(s),           :
                                           :
    -against-                              :   **ORDER REGARDING**
                                           :   **BRIEFING SCHEDULE**
                                           :
    Kenneth P. Silverman                    :
                                           :
        Appellee(s).            :
                                           :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/09

To:    The Attorney(s) for the Appellant(s) and Appellee(s):

        This bankruptcy appeal has been assigned to me. The parties are hereby directed to comply with the following briefing schedule for the appeal: appellant(s) shall file within 30 days from the date of this order a moving brief and such portions of the record that are relevant to the appeal; appellee(s) shall file any opposition briefs within 30 days following the filing of the appellant(s)' brief; any reply brief must be filed within 10 days following the filing of opposition briefs. Oral argument, if deemed necessary, will be scheduled following the filing of the opposition brief. Counsel receiving this Order shall serve a copy of the same on counsel for all parties and retain proof of such service.

DATED:    New York, New York
             March 18, 2009

*/s/ Alvin K. Hellerstein*